IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| GREGORY JOHNSON, : | |
|         Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 14-1780 |
| : | |
| DETECTIVE ROBERT WHITAKER and : | |
| CITY OF CHESTER, : | |
|         Defendants. : | |

**ORDER**

AND NOW, this 3rd day of December, 2014, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, (Dkt No. 12), Plaintiff's Response, (Dkt No. 13), and Defendants' Reply, (Dkt No. 16), it is hereby ORDERED that Defendant's Motion is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE because the claims are time-barred. The Clerk of Court is DIRECTED to close this case for statistical and all purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II   J.